UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re;

**Joseph A. Dodd**

                              Case No. 23-11635

                              Chapter 13

        Debtor

SSN xxx-xx-6895

------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on October 13, 2023 and was modified on February 1, 2024. The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2; the Court finds that the Plan meets the requirements of 11 U.S.C. § 1325;

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED**.

 

 

**/s/ Philip Bentley**



**Dated: March 20, 2024**
**New York, New York**

_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**